UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

vs.  Criminal No. 21-CR-10120-WGY

CESAR ALEJANDRO CASTRO PUJOLS

       Defendant.

**MOTION FOR RULE 11 HEARING**

Now comes counsel for the defendant in the above-entitled matter and hereby moves this Honorable Court to schedule the Defendant for a Rule 11 hearing. The Defendant asserts that he has completed his review of the discovery provided and has spoken to the Government. The Defendant is now prepared to tender a guilty plea. The Defendant requests that a Rule 11 Hearing be scheduled.

    Respectfully Submitted,
    CESAR ALEJANDRO
    CASTRO PUJOLS
    By his attorney:

    /s/Eduardo Masferrer
    Eduardo Masferrer
    Masferrer and Associates, P.C.
    55 Union Street, 4th Floor
    Boston, MA 02108
    (617) 531-0135

CERTIFICATE OF SERVICE

    I, Eduardo Masferrer, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    "s/ Eduardo Masferrer"
    Eduardo Masferrer